IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

C. A. No. 2:04-CR-01046-002-DCN

vs.

HORACE CAMPBELL,

            Defendant.

**RECEIPT - GOVERNMENT'S EXHIBITS**

I hereby acknowledge receipt of the following exhibits:

Exhibits # 1 through # 9 was used by the Government at a

Sentencing/Motion Hearing on 3/30/06 before Chief Judge David C. Norton.

_____
Attorney for Government

November 15, 2010
Charleston, South Carolina