## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C.R. No. 2:04-1046 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HORACE CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder on April 21, 1971, by the Judicial Council of the Fourth Circuit,

**IT IS ORDERED** that Federal Public Defender Ann Walsh is appointed to represent the above-named defendant on his Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. 3582.

**IT IS SO ORDERED.**

David C. Norton
Chief United States District Judge

Charleston, South Carolina
October 24, 2011