IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:04-1046 |
| | ) | |
| -vs- | ) | ORDER REDUCING TERM OF IMPRISONMENT |
| | ) | |
| HORACE CAMPBELL | ) | |

This matter comes before me on motion of the defendant through his attorney Assistant Federal Public Defender Ann Briks Walsh, with the consent of Assistant United States Attorney Peter Phillips for a reduction of the defendant's term of imprisonment. The defendant is subject to a reduced sentencing range pursuant to 18 U.S.C. §3582(c) and the amended guideline range issued by the United States Sentencing Commission effective November 1, 2010 and made retroactive by United States Sentencing Guideline §1B1.10, effective November 1, 2011. Therefore, it is hereby

ORDERED that the previously imposed sentence of LIFE is reduced as follows: 360 months as to counts 1, 35, 36 and 42, all terms to run concurrent to each other. All other provisions of the original sentence as to counts 2, 52, 53, 68 shall remain the same.

_____
David C. Norton
UNITED STATES DISTRICT JUDGE

May 23, 2012
Charleston, South Carolina.